980 A.2d 487

JOHN MCDARBY AND IRMA MCDARBY, PLAINTIFFS–MOVANTS, v. MERCK & CO., INC., DEFENDANT–RESPONDENT.

May 7, 2009.

This matter having been duly presented to the Court, it is ORDERED that the motion to expand the record is dismissed as moot.   (See Order in A–40–08.)